1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8  UNITED STATES OF AMERICA,

9                              Plaintiff,          Case No. MJ13-446

10         v.                                      **DETENTION ORDER**

11  MICHAEL EDWARD KRUGER,

12                             Defendant.

13  Offenses charged:

14         Felon in Possession of a Firearm,
           Possession of Methamphetamine with Intent to Distribute, and
15         Possession of Heroin with Intent to Distribute.

16  Date of Detention Hearing:  October 9, 2013.

17         The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

18  and based upon the factual findings and statement of reasons for detention hereafter set forth,

19  finds that no condition or combination of conditions which the defendant can meet will

20  reasonably assure the appearance of the defendant as required and the safety of any other person

21  and the community.

22         **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

23         Defendant did not argue for release because he is currently serving a state prison sentence

DETENTION ORDER - 1

1   and will not be released until 2014.

2       It is therefore **ORDERED**:

3       (1)   Defendant shall be detained pending trial and committed to the custody of the

4   Attorney General for confinement in a correctional facility separate, to the extent practicable,

5   from persons awaiting or serving sentences, or being held in custody pending appeal;

6       (2)   Defendant shall be afforded reasonable opportunity for private consultation with

7   counsel;

8       (3)   On order of a court of the United States or on request of an attorney for the

9   Government, the person in charge of the correctional facility in which Defendant is confined

10  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

11  connection with a court proceeding; and

12      (4)   The Clerk shall direct copies of this order to counsel for the United States, to

13  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

14  Officer.

15      DATED this 9th day of October, 2013.

16

17  _____

18  BRIAN A. TSUCHIDA
    United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2