JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-041-JLR |
| Plaintiff, | |
| v. | ORDER MODIFYING TERMS OF SUPERVISED RELEASE |
| MICHAEL EDWARD KRUGER, | |
| Defendant. | |

This matter has come before the Court on Michael Kruger's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Michael Kruger's term of supervised release is modified to remove the following conditions:

> The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. . . . Defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

> The defendant shall participate as directed in a mental health program approved by the United States Probation Office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

ORDER MODIFYING TERMS
OF SUPERVISED RELEASE
(*United States v. Kruger*, CR14-041-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  All other terms of supervision remain in place.

2  DATED this 15th day of March 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Michael Kruger

ORDER MODIFYING TERMS
OF SUPERVISED RELEASE
(*United States v. Kruger*, CR14-041-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100