JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL EDWARD KRUGER,<br><br>Defendant. | No. CR14-041-JLR<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |



This matter has come before the Court on Michael Kruger's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Michael Kruger's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 13th day of December 2022.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Corey Endo
First Assistant Defender
Attorney for Michael Kruger

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*United States v. Kruger*, CR14-041-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100